UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-CR-60257-PCH/JB

UNITED STATES OF AMERICA

v.

SERGIO RODRIGO MENDEZ MENDEZIBAL,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING R&R ON ENTRY OF PLEA**

**THIS MATTER** comes before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation on Entry of Plea (the "R&R"), which she entered on Wednesday, September 29, 2021. [ECF No. 62]. In the R&R, Judge Becerra found that Defendant Sergio Rodrigo Mendez Mendezibal freely and voluntarily entered a plea of guilty as to the sole count of the Information, which charges Defendant with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, adjudicate Defendant guilty of the sole count of the Information, and subsequently conduct a sentencing hearing for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and has been advised that the parties do not object to its recommendations. [ECF Nos. 69, 71]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's Report and Recommendation on Change of Plea is **ADOPTED** and **AFFIRMED** in its entirety; (2) the Court accepts Defendant's plea of guilty and Defendant is hereby adjudged guilty as to the sole count of

the Information; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, December 13, 2021 at 1:00 PM.**

**DONE AND ORDERED** in Chambers in Miami, Florida on Monday, October 4, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record